
MEMO ENDORSED

# LAW OFFICE OF ALI NAJMI
### 261 MADISON AVENUE, 12TH FLOOR
### NEW YORK, NEW YORK 10016
### (212) 401-6222
### ALI@NAJMILAW.COM

**VIA ECF**

March 13, 2020

Hon. Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    **RE: USA v. Crossland 19 Cr. 645 (KMK)**

Dear Judge Karas:

    This letter is to request the Court to allow myself and my client, Stephen Parente, to appear by telephone before the Court on March 17, 2020.

    Yesterday I was alerted that a member of my staff is likely infected with the Corona Virus and showing symptoms. She is also a part time graduate student at the John Jay College of Criminal Justice and had contact with a classmate who is s a confirmed infected case. Although I am not showing any symptoms, I have been advised by medical professionals to self-quarantine for 14 days. As such, I am unable to appear before the Court on March 17, 2020.

    Given my inability to appear before the Court, and the fact that the next appearance will largely deal with routine discovery matters, I would like to request that my client's physical appearance be excused and appearance by telephone be allowed. Furthermore, my client lives in the state of Georgia and requiring him to appear on this date without counsel would pose a hardship. My client waives his right to be physically present at this appearance.

Sincerely,

*Ali Najmi*

ALI NAJMI, ESQ.

*Granted. Counsel please contact counsel to arrange to be on the conference call.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

3/13/20