**MEMO ENDORSED**

# NAJMI LAW

32 Broadway, Suite 1310, New York, NY 10004 | Phone: (212) 401-6222 | Fax: (888) 370-2397 | ali@najmilaw.com

**VIA ECF TO ALL PARTIES**

November 1, 2021

Honorable Kenneth M. Karas
United States District Court Judge
300 Quarropas Street
White Plains, NY 10601

    **RE: United States v. Stephen Parente** (7:19-cr-00645)

Dear Judge Karas:

    The court is presently scheduled to sentence Mr. Parente on November 16, 2021. We are respectfully requesting an adjournment of Mr. Parente's sentencing to any date suitable to the court after January 3, 2022. We are requesting additional time in order finalize the pre-sentencing memorandum to be submitted to Your Honor. This is Mr. Parente's first and only request for an adjournment of his sentencing date.

    We have communicated our intent to request an adjournment with Assistant United States Attorney Margery Feinzig and she has represented to us that her office has no objection to this request for adjournment.

                                      Sincerely,

                                      _____/s/_____
                                        Ali Najmi, Esq.

*Granted. The sentence will go forward on January 19, 2022 at 11:00 AM*

SO ORDERED

*[signature]*
KENNETH M. KARAS U.S.D.J.

11/2/2021