MEMO ENDORSED

# NAJMI LAW

32 Broadway, Suite 1310, New York, NY 10004 | Phone: (212) 401-6222 | Fax: (888) 370-2397 | ali@najmilaw.com

March 22, 2022

Judge Kenneth M. Karas
US District Court – SDNY
300 Quarropas Street
White Plains, New York 10601

        **RE: United States vs. Stephen Parente**
        **Criminal Docket No. 7:19-cr-00645-KMK**

Dear Judge Karas:

Our client was sentenced by Your Honor on March 18, 2022. He was ordered to report to the Bureau of Prisons (BOP) on May 18, 2022 to begin serving his sentence. We are writing to the Court to request that his date to report to BOP to serve his sentence be extended to May 30, 2022. Mr. Parente is seeking this extension so that he may attend his daughter's high school graduation on May 25, 2022.

Granted.
So Ordered.
3/22/22

Respectfully Submitted,

_____/s/_____
Ali Najmi, Esq.
Law Office of Ali Najmi
32 Broadway, Suite 1310
New York, NY 10004
(212) 401-6222
ali@najmilaw.com

Granted.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
3/22/22